### STATE v. JOE TALTON.

(Filed 10 October, 1945.)

APPEAL by defendant from *Thompson, J.,* at March Criminal Term, 1945, of JOHNSTON.

Criminal prosecution upon indictment charging defendant with the murder of one Dewey Daniels.

STATE *v.* DOVER; STATE *v.* STEVENSON.

Verdict: Guilty of manslaughter.

Judgment: Imprisonment in the State's Prison for a term of not less than five years, nor more than seven years.

Defendant appeals therefrom to Supreme Court and assigns error.

*Attorney-General McMullan and Assistant Attorneys-General Rhodes, Moody, and Tucker for the State.*

*Wellons & Canaday for defendant, appellant.*

PER CURIAM. All exceptions assigned as error on this appeal have been carefully considered. They present no new questions of law, and are without merit.

Hence, in the judgment below there is

No error.